United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247

Elizabeth Ziegler Young,
for the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DAVID GODAT,** | § | **CASE NO. 25-30097-SGJ-7** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| **LISA L. LAMBERT,** | § | |
| **UNITED STATES TRUSTEE,** | § | |
| | § | |
| **PLAINTIFF,** | § | **ADVERSARY NO. 26-03025** |
| | § | |
| **v.** | § | |
| | § | |
| **DAVID GODAT,** | § | **HON. STACEY G. JERNIGAN** |
| | § | |

**<u>Motion To Dismiss Adversary Proceeding</u>**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS ON SEPTEMBER 14, 2026 WHICH IS TWENTY FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

The United States Trustee for Region 6 moves to dismiss this adversary proceeding. The United States Trustee would show:

1. David Godat filed a voluntary chapter 7 petition on January 7, 2025, commencing case number 25-30097-SGJ-7.

2. On March 19, 2026, the United States Trustee filed her *United State Trustee's Complaint Objecting to Discharge* ("Complaint") against Defendant David Godat, commencing adversary proceeding 26-03025.

3. On April 28, 2026, Defendant filed a motion to waive his discharge. [docket no. 81, case 25-30097]

4. On July 21, 2026, the Court entered an order denying Defendant's discharge. [docket no. 91, case 25-30097]

5. Bankruptcy Rule 7041 states that "a complaint objecting to the debtor's discharge shall not be dismissed at the plaintiff's insistence without notice to the trustee, the United States Trustee, and such other persons as the court may direct, and only on order of the court containing terms and conditions which the court deems proper." Fed. R. Bankr. P. 7041.

6. The United States Trustee seeks to dismiss the present adversary. This Motion is filed to provide all other parties in interest with notice of that dismissal.

**WHEREFORE**, the United States Trustee respectfully asks the Court that Adversary Proceeding 26-03025 be dismissed and for such other relief as is just.

DATED: August 19, 2026 Respectfully submitted,

LISA L. LAMBERT

UNITED STATES TRUSTEE

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young
Assistant United States Trustee (Detail)
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

## CERTIFICATE OF CONFERENCE

On August 17, 2026 I emailed Howard Spector, Defendant's attorney who did not respond as of the filing of this motion.

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young

## CERTIFICATE OF SERVICE

I certify that on August 19, 2026, a true copy of the foregoing document was sent by ECF and by regular mail to the parties listed below and to those on the attached mailing matrix:

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young

**David Godat**
3601 Harvard Ave
Dallas, TX 75205

**Dr. David Godat**
Miami Life Cosmetic Center
8686 Coral Way
Miami, FL 33155

**Howard Marc Spector**
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DAVID GODAT,** | § | **CASE NO. 25-30097-SGJ-7** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| **LISA L. LAMBERT,**<br>**UNITED STATES TRUSTEE,** | §<br>§ | |
| | § | |
| **PLAINTIFF,** | § | **ADVERSARY NO. 26-03025** |
| | § | |
| **v.** | § | |
| | § | |
| **DAVID GODAT,** | § | **HON. STACEY G. JERNIGAN** |
| | § | |

**Order Dismissing Adversary Proceeding**

Came on for consideration, the United States Trustee's *Motion to Dismiss Adversary Proceeding.* [docket no. ___]. The Court finds that no party has objected to the relief requested. The Court further finds that cause exists to dismiss the adversary proceeding on the United States Trustee's *Complaint Objecting to Discharge* because the relief requested is now moot since the Debtor voluntarily waived his discharge. It is therefore

ORDERED that adversary proceeding 26-03025 on the United States Trustee's *Complaint Objecting to Discharge* is DISMISSED.

## End of Order ##

Form of Order Prepared By:

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
TX Bar: 24086345 (Also NY)
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242
214-767-1247
elizabeth.a.young@usdoj.gov

Counsel for the United States Trustee

Label Matrix for local noticing
0539-3
Case 25-30097-sgj7
Northern District of Texas
Dallas
Thu Jun 25 15:06:52 CDT 2026

JPMorgan Chase Bank, N.A.
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

Dallas County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
c/o Sherrel K. Knighton
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

LeasePoint Funding Group, LLC
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

NewLane Finance Company
c/o Wright Law Group PLLC
P.O. Box 105603
PMB 84356
Atlanta, GA 30348-5603

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Richardson ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Abbvie Inc
Kohner Mann & Kailas Law
4650 N Port Washington Rd
Milwaukee, WI 53212-1991

Allergan Aesthetics, div. of AbbVie Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Amanda Graves
Jee Law
Andrew Jee
8150 N Central Expwy, 10th Floor
Dallas, TX 75206-1815

American Express Blue Card
PO Box 650488
Dallas, TX 75265-0448

American Express Platinum Card
PO Box 6031
Carol Stream, IL 60197-6031

Balboa Capital Corp
575 Anton Blvd Blvd, suite 1080
Costa Mesa, CA 92626-7685

Bank of America
PO Box 15220
Wilmington, DE 19886-5220

Bank of Texas
201 W 12th St
Dallas, TX 75208-6612

Barclays
PO Box 8826
Dallas, TX 75205

Bentley Financial Services
c/o Marcus Eason
McGinnis Lochridge LLP
609 Main Street, Suite 2800
Houston, Texas 77002-3179

Bonial & Associates, PC
14841 Dallas Parkway, Ste 350
Dallas, TX 75254-7685

Capital One Spark Business
PO Box 60519
City of Industry, CA 91716-0519

Capital One Venture
PO Box 60519
City of Industry, CA 91716-0519

Carrollton Regional Medical Center
4343 Josey Ln
Carrollton, TX 75010-4603

Christine Duncan
3739 N. Versailles Avenue
Dallas, TX 75209-6231

Clinical Pathology Services
Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Dallas Water Utilities
PO Box 660025
Dallas, TX 75266-0025

FDOT, Toll by Plate
PO Box 613069
Ocoee, FL 34761-3069

Funding Circle
PO Box 911007
San Diego, CA 92191-1007

Healthcare Realty Trust
12222 N Central Expwy, Ste 220
Dallas, TX 75243-3835

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JB&B Capital
Woolf McClane Attorneys
PO Box 900
Knoxville, TN 37901-0900

JP Morgan Chase Bank
700 Kansas Lane LA4-4041
Monroe, LA 71203-4774

JR Jones Law, PLLC
6026 Remson Hollow Lane
Katy, Texas 77494-4376

Janeka Iwu
4336 Carolina Street
Grand Prairie, TX 75052-3401

Leaf Capital
Lockbox Services
629 Putney Road
Brattleboro, VT 05301-9044

Leasepoint Capital
Ivan Escobar
Paddled & Scout, LLP420 Throckmorton St,
Fort Worth, TX 76102

Miami Dade County Parking
Linebarger Noggin Blair & Sampson, LLP
PO Box 01-1861
Miami, FL 33101-1861

Miami-Dade County Court
22 NW 1st Street, 4th Floor
Miami, FL 33128-1847

Midland Credit Management
350 Camino De La Reina
suite 100
San Diego, CA 92108-3007

NTTA
PO Box 260928
Plano, TX 75026-0928

Newlane Finance Company
123 S Broad St. 17th Floor
Philadelphia, PA 19109-1032

Organogenesis
Dept 2524
PO Box 122542
Dallas, TX 75312-2542

(p)PORSCHE FINANCIAL SERVICES
1 PORSCHE DRIVE
ATLANTA GA 30354-1654

Renee Casas
3120 Southwest Fwy, Ste 101
PMB 84356
Houston, TX 77098-4520

Richards Tax Office
Dorcas Mioja
420 S Greenville Ave
Richardson, TX 75081-4107

Robert Yaquinto, Jr.
509 N. Montclair
Dallas, TX 75208-5450

Shah Cardiology Consulting
3537 S, 1-35E
suite 220
Denton, TX 76210

The Tower at PNC Plaza
305th Avenue
Pittsburgh, PA 15222

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242-0996

Wright Law Group, PLLC
3120 Southwest Frwy, Ste 101
PMB 84356
Houston, TX 77098-4520

David Godat
3601 Harvard Ave
Dallas, TX 75205-3225

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251-1336

Isabella Garofanelli
c/o Joshua L. Shepherd
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, TX 75206-4026

Scott M. Seidel
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093-6212

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America, N.A.
c/o BDFTE, LLP
4004 Belt Line Rd., Suite 100
Addison, TX 75001

PNC BANK, NATIONAL Association
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

(d)PNC Bank
PO Box 747066
Pittsburgh, PA 15274

Porsche Financial Services
One Porsche Lane
Atlanta, GA 30354

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bentley Financial Services

(d)FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

(d)Richardson ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 56 |
| Bypassed recipients | 3 |
| Total | 59 |